1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  20-CR-2449-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE UNITED STATES' MOTION AND JUDGMENT OF DISMISSAL** |
| ANA REYNA RODRIGUEZ (3), TALLIA VANEECE SWANY (4) | |
| Defendants. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment under Rule 48(a) of the Federal Rules of Criminal Procedure only as to Defendant Ana Reyna Rodriguez (3) and Defendant Tallia Vaneece Swany (4).  For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

//
//
//

1 | WHEREFORE, IT IS HEREBY ORDERED that the government's motion to
2 | dismiss without prejudice the Indictment only as to Defendants Ana Reyna Rodriguez
3 | and Defendant Tallia Vaneece Swany is GRANTED.

5 | IT IS SO ORDERED.

7 | DATED: 11/19/2020

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE